# Order

Michigan Supreme Court
Lansing, Michigan

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

152510

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CERVANTES DIAN CARSON,
      Defendant-Appellant.

SC: 152510
COA: 328413
Oakland CC: 2014-251776-FC

_____/

      By order of June 28, 2016, the application for leave to appeal the September 11, 2015 order of the Court of Appeals was held in abeyance pending the decision in *People v Comer* (Docket No. 152713). On order of the Court, the case having been decided on June 23, 2017, 500 Mich ___ (2017), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



a0906

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk